### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACQUELYNN B. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-06-1189-F |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Plaintiff brings this action seeking judicial review of a denial of benefits by the Social Security Administration.

Magistrate Judge Robert E. Bacharach issued a Report and Recommendation on August 30, 2007 (doc. no. 20), recommending that the court reverse the Commissioner's decision and remand the matter for further administrative proceedings. In his Report, the magistrate judge advised the parties of their right to object to the Report and Recommendation by September 19, 2007. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Bacharach as stated in his Report and

Recommendation. This matter is hereby **REVERSED** and **REMANDED** to the Commissioner for further proceedings consistent with the Report.

Dated this 21st day of September, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-1189p002.wpd